**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LATOYA JACK** | * | **CIVIL ACTION  08-cv-1711** |
| **VS.** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

**ORDER**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  After an independent review of the record, including the objections filed herein [Rec. Doc.10], the Court concludes that the Report and Recommendation [Rec. Doc. 7] of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.  However, rather than dismissing the case without prejudice, the Court will disqualify plaintiff's attorney of record, Jo Ann Nixon, from further representation of plaintiff in this proceeding.  The Court requests that Judge Hill conduct an on the record hearing that plaintiff, Latoya Jack, be required to attend, unless she obtains new counsel to represent her in this matter, and her new attorney enrolls as counsel of record prior to the hearing. The purpose of the hearing is to ensure that Ms. Jack is made aware of any pending deadlines and understands her procedural and substantive rights.  It is therefore,

**ORDERED** that attorney Jo Ann Nixon is disqualified from further representation of plaintiff, Latoya Jack in this proceeding, effective immediately.

**IT IS FURTHER ORDERED** that the Clerk of Court is to remove  attorney

Nixon as Ms. Jack's counsel.

**IT IS FURTHER ORDERED** that attorney Nixon is to provide a copy of this order as well as a copy of the report and recommendation that resulted in this Order's issuance and her objection thereto to Ms. Jack within five (5) days of the entry of this order.

**IT IS FURTHER ORDERED** that attorney Nixon is to certify to the Court through ECF filing that she has provided the foregoing documents to her former client, Latoya Jack, within five (5) days of the entry of this order.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this Order to all district and magistrate judges in the Western District of Louisiana.

**THUS DONE AND SIGNED** this 13th day of October, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE