## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **LATOYA JACK** | * | **CIVIL ACTION NO. 08-1711** |
| **VS.** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

### ORDER

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein [Rec. Doc. 12], the Court concludes that the Report and Recommendation [Rec. Doc. 9] of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. It is therefore,

**ORDERED** that attorney Jo Ann Nixon be sanctioned in the sum of $1,000 for her disobedience of two consecutive Court orders in this proceeding.

**IT IS FURTHER ORDERED** that the recommendation for further sanctions, including disbarment is hereby referred and submitted to United States Magistrate Judge Kathleen Kay of the Lake Charles Division of this Court, to make such investigation and conduct such hearing or hearings as she deems necessary and appropriate to determine whether Nixon should be disbarred as a member of this Court or other appropriate disciplinary action. *See* Local Civil Rule 83.2.10W(A)(1).

**IT IS FURTHER ORDERED** that Magistrate Judge Kay is to report her findings and recommended disciplinary action, if any there be, to the active judges

of this Court.  See Local Civil Rule 83.2.10W(B)(2).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this Order to all district and magistrate judges in the Western District of Louisiana.

**THUS DONE AND SIGNED,** at Lafayette, Louisiana, on this 13th day of October, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE